UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW WHALEY; and MAGDALENA WHALEY,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC.; MERCK SHARP & DOHME CORP.; and DOES 1-100, inclusive,<br><br>　　　　　　　　　　　Defendants. | Case No.:  21-cv-01985-H-BLM<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE**<br><br>[Doc. No. 6.] |

　　　　On December 1, 2021, Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp. filed a motion to dismiss Plaintiffs Andrew Whaley and Magdalena Whaley's complaint pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6).  (Doc. No. 4.)  A hearing on Defendants' motion to dismiss is currently scheduled for Monday, January 10, 2022 at 10:30 a.m.

　　　　On December 8, 2021, the parties filed a joint motion to continue the hearing on Defendants' motion to dismiss and for the Court to set a briefing schedule for the motion. (Doc. No. 6.)  For good cause shown, the Court grants the joint motion.  The Court continues the hearing on Defendants' motion to dismiss to **Monday, February 7, 2022 at**

**10:30 a.m.** Plaintiffs' opposition must be filed by **January 14, 2022**. Defendants' reply must be filed by **January 31, 2022**.

  **IT IS SO ORDERED.**

DATED: December 8, 2021

                 _____
                 MARILYN L. HUFF, District Judge
                 UNITED STATES DISTRICT COURT