UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW WHALEY and MAGDALENA WHALEY,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC., MERCK SHARP & DOHME CORP., and DOES 1 through 100, inclusive,<br><br>　　　　　　　　　Defendants. | Case No.: 3:21-CV-01985-H-BLM<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME**<br><br>[Doc. No. 13.] |

　　　On December 1, 2021, Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp. filed a motion to dismiss Plaintiffs Andrew Whaley and Magdalena Whaley's complaint pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6).  (Doc. No. 4.)  On December 21, 2021, Plaintiffs filed an amended complaint.  (Doc. No. 11.)  On December 27, 2021, the Parties filed a joint motion to extend the time for Defendants to respond to Plaintiff's Amended Complaint.  (Doc. No. 13.)  Defendants' responsive pleading is currently due on January 4, 2022.  The Parties request an extension of the deadline to February 1, 2022.

　　　For good cause shown, the Court grants the joint motion.  Defendant must file a responsive pleading on or before **February 1, 2022.**

　　　**IT IS SO ORDERED.**

DATED: December 29, 2021

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT