# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW WHALEY and MAGDALENA WHALEY,<br><br>        Plaintiffs,<br><br>vs.<br><br>MERCK & CO., INC., MERCK SHARP & DOHME CORP., and DOES 1-100, inclusive,<br><br>        Defendants. | Case No. 21-cv-1985-H-BLM<br><br>**ORDER GRANTING IN PART JOINT MOTION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE** |

The Court, having considered the parties' Joint Motion to Continue the Mandatory Settlement Conference Set for May 22, 2024, and for good cause appearing, hereby **GRANTS IN PART** the Motion.

  1.  The May 22, 2024 Mandatory Settlement Conference is **VACATED**.

  2.  The Court sets an <u>attorneys-only</u> Case Management Conference to be held on **July 29, 2024** at **9:00 a.m.** via <u>telephone</u> with **Magistrate Judge Barbara L. Major**.

  3.  No later than **July 17, 2024**, counsel for each party must send an email to the Court at **efile_Major@casd.uscourts.gov** with the information requested in Section 6.f. of the Court's Amended Scheduling Order Setting Trial Date (Doc. No. 56).

  4.  No later than **July 17, 2024**, the parties shall submit directly to Magistrate

Judge Major's chambers (**efile_major@casd.uscourts.gov**) confidential settlement statements no more than ten (10) pages in length.  **These confidential statements shall not be filed or served on opposing counsel**.

5. All other requirements pertaining to the Mandatory Settlement Conference set forth in the Court's Amended Scheduling Order Setting Trial Date (Doc. No. 56) remain in effect.

**IT IS SO ORDERED.**

Dated: 5/17/2024

Hon. Barbara L. Major
United States Magistrate Judge